UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KRAVE ENTERTAINMENT, LLC, | 2:09-CV-01130-PMP-RJJ |
| Plaintiff, | |
| v. | ORDER |
| LIBERTY MUTUAL INSURANCE COMPANY and STEVEN MILLER, | |
| Defendants | |

On March 17, 2011, the Court entered an Order(Doc. #38) requiring the Parties to show cause on or before April 16, 2011 why this action should not be dismissed.

On March 25, 2011, the law firm of Fox Rothschild, LLP, filed a Response to the Court's Order to Show Cause (Doc. #41) requesting that Plaintiff Krave Entertainment, LLC be permitted an additional sixty (60) days to retain new counsel, and an additional sixty (60) days to allow new counsel to become familiar with the case and respond to the order to show cause.

**IT IS ORDERED that** Defendants shall file a reply the foregoing response not later than **April 6, 2011**.

DATED: March 28, 2011.

_____
PHILIP M. PRO
United States District Judge