UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KRAVE ENTERTAINMENT, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>        Defendants. | 2:09-CV-01130-PMP-RJJ<br><br><u>ORDER</u> |

The Court having received the attached letter dated March 31, 2011 from Robert Atkinson, Esq.,

**IT IS ORDERED that** in th event the law firm of Kensington Hartnett intends to appear on behalf of Plaintiff Krave Entertainment, LLC, counsel shall enter a Notice of Appearance at such time as the pending bankruptcy case is dismissed.

DATED: April 4, 2011.

_____
PHILIP M. PRO
United States District Judge

# KENSINGTON HARTNETT
## LITIGATION ATTORNEYS

| | | |
|---|---|---|
| 5940 S. RAINBOW BLVD<br>LAS VEGAS, NV 89118 | PHONE 702.617.3200<br>FAX 702.614.0647 | 10120 S. EASTERN AVE. SUITE 201<br>HENDERSON, NV 89052 |

March 31, 2011

**BY FASCIMILE**

The Honorable Judge Philip Pro

  Re: Case No. 09-cv-01130
     **Krave Entertainment, LLC v Liberty Mutual et. al.**

Judge Pro,

Our firm is planning on representing Plaintiff Krave Entertainment, LLC in the above referenced case. Krave's previous attorney in this matter, Lyssa Anderson, withdrew as counsel last week. Due to the fact that Krave is currently in bankruptcy (which is anticipated to be dismissed soon) it is not clear to us which document the court would prefer in order for our office to appear on behalf of Krave in the federal matter.

If you could please advise as to what document you would prefer from our office, whether it's a Notice of Appearance, Interested Party, or otherwise we will gladly submit whichever document you indicate.

We would prefer to simply appear as an interested party at this point rather than file a Notice of Appearance because we do not want to run afoul of 11 U.S.C. § 327, *i.e.*, employment of professional persons is prohibited without bankruptcy court approval. We anticipate the bankruptcy case will be dismissed prior to May 15, 2011 (within the 60 days requested by Krave's former counsel) and we will promptly make an appearance in this case immediately afterwards.

However, we want to do what's right according to your procedures and we will make a nominal appearance on behalf of Krave if that is most appropriate in your opinion.

Thank you for your direction in this matter.

                Very sincerely,

                _____
                Robert Atkinson, Esq.