UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KRAVE ENTERTAINMENT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, STEVEN MILLER.<br><br>Defendants. | 2:09-CV-01130-PMP-RJJ<br><br>**ORDER** |

    Having read and considered the Joint Status Report (Doc. #48) filed January 13, 2012, and good cause appearing,

    **IT IS ORDERED** that all proceedings in this case are hereby STAYED for a period of 60 days.

    **IT IS FURTHER ORDERED** that the parties shall appear before this Court for a Status Conference on **Tuesday, March 13, 2012, at 10:00 a.m**.

DATED:  January 18, 2012.

_____
PHILIP M. PRO
United States District Judge