UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KRAVE ENTERTAINMENT, LLC, | ) | 2:09-CV-01130-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| LIBERTY MUTUAL INSURANCE COMPANY, STEVEN MILLER. | ) | |
| Defendants. | ) | |

Having read and considered the Joint Status Report (Doc. #48) filed January 13, 2012, and good cause appearing,

**IT IS ORDERED** that all proceedings in this case are hereby STAYED for a period of 60 days.

**IT IS FURTHER ORDERED** that the parties shall appear before this Court for a Status Conference on **Tuesday, March 13, 2012, at 10:00 a.m**.

DATED: January 18, 2012.

PHILIP M. PRO
United States District Judge